IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action NO. 02-1561-JJF |
| LILLY ICOS, LLC, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, the above-captioned action has been stayed (D.I. 64) pending reexamination of Pfizer's '012 patent by the United States Patent and Trademark Office;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **ADMINISTRATIVELY CLOSED**.

2. The parties' obligation to submit status reports remains in effect.

August 6, 2009
DATE

_____
UNITED STATES DISTRICT JUDGE