

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

August 19, 2009

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re: *Pfizer Inc., et al. v. Lilly ICOS LLC, et al.*
           *D. Del., C.A. No. 02-1561-JJF*

Your Honor:

      As directed by the Court, Lilly ICOS LLC reports on the status of the PTO's reexamination of Pfizer's '012 patent as follows:

      The PTO Board of Patent Appeals and Interferences heard oral argument from Pfizer's counsel, Gerald Sobel, on June 3, 2009, regarding the Examiner's final rejection of claim 24 of the '012 patent (the only claim at issue in the above-referenced matter) as unpatentable. The PTO's online status system indicates that the matter is currently "On Appeal -- Awaiting Decision by the Board of Appeals" and the Board has not yet issued its written opinion.

      Given the current status, Lilly ICOS LLC respectfully submits that the above-referenced case should remain stayed and administratively closed pursuant to this Court's orders (D.I. 64 and 81).

                                                      Respectfully,

                                                      */s/ Richard K. Herrmann*

                                                      Richard K. Herrmann, I.D. No. 405
                                                      rherrmann@morrisjames.com

cc:    Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
         Josy W. Ingersoll, Esq. (via electronic filing)
         Aaron Stiefel, Esq. (via e-mail)