

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

February 15, 2010

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:   *Pfizer Inc., et al. v. Lilly ICOS LLC, et al.*
            **D. Del., C.A. No. 02-1561-JJF**

Your Honor:

     As directed by the Court, Lilly ICOS LLC reports on the status of the PTO's reexamination of Pfizer's '012 patent as follows:

     On February 12, 2010, the PTO Board of Patent Appeals and Interferences issued its written opinion affirming three of the five final rejections of claim 24 of the '012 patent (the only claim at issue in the above-referenced matter) as unpatentable. From that determination of unpatentability, Pfizer now has until April 12, 2010, either to request a rehearing from the PTO Board or to appeal the PTO Board's decision to the U.S. Court of Appeals for the Federal Circuit. If Pfizer takes no such action, the PTO should in due course issue a reexamination certificate canceling claim 24 from the '012 patent.

     Given the current status, Lilly ICOS LLC respectfully submits that the above-referenced case should remain stayed and administratively closed pursuant to this Court's orders (D.I. 64 and 81).

                                     Respectfully,

                                     */s/ Richard K. Herrmann*

                                   Richard K. Herrmann, I.D. No. 405
                                   rherrmann@morrisjames.com

cc:   Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
       Josy W. Ingersoll, Esq. (via electronic filing)
       Aaron Stiefel, Esq. (via e-mail)

2503196