IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER LIMITED and PFIZER IRELAND PHARMACEUTICALS,<br><br>Plaintiffs,<br>v.<br><br>LILLY ICOS LLC, ELI LILLY & COMPANY, and ICOS CORPORATION,<br><br>Defendants. | Civil Action No. 02-1561 JJF<br>(consolidated) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiffs Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals, (collectively, "Pfizer"), and Defendants Lilly ICOS LLC, Eli Lilly & Company, and ICOS Corporation, (collectively, "Lilly"), through their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that:

1. All claims asserted by Pfizer in the above-captioned action (the "Action") are dismissed with prejudice.

2. All affirmative defenses asserted by Lilly in this Action are stricken without prejudice.

3. No decision from this Court has been obtained by either Party regarding any of the claims and defenses, including, without limitation, with respect to the validity of the patent-in-suit, United States Patent No. 6,469,012 (the "'012 Patent").

31944034

4. This Court shall retain jurisdiction over this Action including, without limitation, for enforcing (i) this Stipulation and Order and (ii) the settlement of this Action.

5. Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES LLP |
| /s/ John W. Shaw | /s/ Richard K. Herrmann |
| John W. Shaw (I.D. #3362) | Richard K. Herrmann (I.D. #405) |
| The Brandywine Building | 500 Delaware Avenue |
| 1000 West Street, 17th Floor | Suite 1500 |
| P.O. Box 391 | Wilmington, DE 19801-1494 |
| Wilmington, DE 19899-0391 | 302-888-6800 |
| 302-571-6600 | |
| *Attorneys for Plaintiffs Pfizer Inc., Pfizer Limited and Pfizer Ireland Pharmaceuticals* | *Attorneys for Defendants Lilly ICOS LLC, Eli Lilly and Company, and ICOS Corporation* |

SO ORDERED:

This __19__ day of __March__ 2010

_____
UNITED STATES DISTRICT JUDGE